IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| DONALD SMITH, #669727 | § | |
| VS. | § | CIVIL ACTION NO. 4:11cv801 |
| COLLIN COUNTY JAIL, ET AL. | § | |

ORDER OF PARTIAL DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Amos L. Mazzant. The Second and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that Collin County Jail's motion to dismiss (docket entry #35) is **GRANTED** and the claims against the Jail are **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

So **ORDERED** and **SIGNED** this **6** day of **June, 2012.**

_____
Ron Clark, United States District Judge